UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| **KAREN DEATON,** | ) | CASE NO. 4:08-CV-0031 |
| PLAINTIFF, | ) | |
| v. | ) | |
| **MULTI-COLOR CORPORATION AND GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,** | ) ) ) | CORPORATE DISCLOSURE STATEMENT OF MULTI-COLOR CORPORATION |
| DEFENDANTS. | | |

Pursuant to Federal Rule of Civil Procedure 7.1, and Local Rule 7.2 Defendant Multi-Color Corporation hereby discloses in the attached document all publicly held companies or investment funds in which it holds a 10% or more interest.

Respectfully submitted,

s/Todd B. Logsdon
Todd B. Logsdon (Indiana Atty. No. 23284-72)
GREENEBAUM DOLL & MCDONALD PLLC
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40202-3197
Telephone : (502) 587-3554
Fax: (502) 540-2227
tbl@gdm.com

Nicholas W. Ferrigno, Jr.
(Application for admission pending)
GREENEBAUM DOLL & MCDONALD PLLC
50 East RiverCenter Boulevard, Suite 1800
P.O. Box 2673
Covington, KY  41012-2673
Telephone:  (859) 655-6893
Fax:  (859) 655-4239
nwf@gdm.com

V. Brandon McGrath
(Application for admission pending)
GREENEBAUM DOLL & MCDONALD PLLC
2900 Chemed Center
255 E. Fifth Street
Cincinnati, OH 45202
Telephone: (513) 455-7641
Fax: (513) 455-8500
vbm@gdm.com

Attorneys for Defendants Multi-Color Corporation and The Guardian Life Insurance Company of America

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of March 2008, a copy of the foregoing Answer was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

s/Todd B. Logsdon
Attorney for Defendant

2685792_1.doc