**ATTACHMENT TO CORPORATE DISCLOSURE STATEMENT OF MULTI-COLOR CORPORATION**

**NAME OF COMPANY**

1. Multi-Color Corporation
2. Laser Graphic Systems, Incorporated
3. MCC-Norway, Inc.
4. MCC-Batavia, LLC
5. MCC-Uniflex, LLC
6. MCC-Troy, LLC
7. MCC-Dec Tech, LLC
8. MCC-Wisconsin, LLC
9. MCC-QP, LLC (Dissolved 8/21/2007)
10. MCC-Acquisition II, LLC (Dissolved 4/2/2007)
11. MCC-Newtown, LLC (Dissolved 4/2/2007)
12. Multi-Color Australia Holdings Pty Limited
13. Multi-Color Australia Finance Pty Limited
14. Multi-Color Australia Acquisition Pty Limited
15. Multi-Color Australia, LLC

CIN 660655.1