UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION
CASE NO. 4:08-CV-0031

| | |
|---|---|
| KAREN DEATON, | ) |
| PLAINTIFF, | ) |
| V. | ) |
| MULTI-COLOR CORPORATION AND GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, | ) ) |
| DEFENDANTS. | |

## NOTICE OF SERVICE OF DEFENDANTS' RULE 26(a)(1) DISCLOSURES

Defendants, Multi-Color Corporation and Guardian Life Insurance Company of America, by counsel, hereby give notice that Defendants' Rule 26(a)(1) Disclosures was served upon Plaintiff's counsel on August 4, 2008 via regular U.S. Mail, postage prepaid.

Respectfully submitted,

/s/  V. Brandon McGrath
V. Brandon McGrath (vbm@gdm.com)
GREENEBAUM DOLL & MCDONALD PLLC
2900 Chemed Center
255 E. Fifth Street
Cincinnati, OH 45202
Telephone:  (513) 455-7641
Fax:  (513) 455-8500

Nicholas W. Ferrigno, Jr. (nwf@gdm.com)
GREENEBAUM DOLL & MCDONALD PLLC
2900 Chemed Center
255 E. Fifth Street
Cincinnati, Ohio  45202
Telephone:  (513) 455-7600
Fax:  (513) 455-8500

Todd B. Logsdon (Indiana Atty. No. 23284-72)
(tbl@gdm.com)
GREENEBAUM DOLL & MCDONALD PLLC
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40202-3197
Telephone : (502) 587-3554
Fax: (502) 540-2227

Attorneys for Defendants Multi-Color Corporation
and The Guardian Life Insurance Company of
America

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2008, I electronically filed the foregoing Notice with the Clerk of the Court using CM/ECF system whom will send notification of such filing to the parties registered with the CM/ECF.


/s/ V. Brandon McGrath
Attorney for Defendant


2914640_1.tmp