UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION
CASE NO. 4:08-CV-0031-DFH-WGH

| | |
|---|---|
| KAREN DEATON, | ) |
| PLAINTIFF, | ) |
| v. | ) |
| MULTI-COLOR CORPORATION, ET AL. | ) |
| | ) |
| DEFENDANTS. | |

**DEFENDANTS' PRELIMINARY WITNESS AND EXHIBIT LIST**

Defendants, Multi-Color Corporation and Guardian Life Insurance Company of America, by counsel, make the following Preliminary Witness and Exhibit identification:

**Preliminary Witness List**

As stated in their Rule 26 Initial Disclosures and the Case Management Order, Defendants object to discovery beyond the administrative claim documents. In the event the Court determines discovery beyond the administrative record is required, Defendants will identify their anticipated witnesses.

**Preliminary Exhibit List**

1. Plaintiff's payroll records from 2003 through her last day of employment in October 2007
2. 2004 Benefits Rate Sheet
3. 2005 Rate Sheet for Voluntary Life Insurance
4. 2006 Benefits Rate Sheet
5. A blank 2006 Benefits Enrollment Form
6. A blank 2005 Benefits Enrollment Form

7. Evidence of Insurability Form completed by Karen Deaton on February 8, 2007

8. Various correspondence to Karen Deaton from Guardian

9. 2007 Benefits Enrollment Form signed by Karen Deaton

10. Group Life Claim Form signed by Karen Deaton on March 19, 2007

11. Scott County Health Department Certificate of Death

12. Various correspondence regarding dependent life claim

13. 2004 Benefits Enrollment/Change Form signed by Karen Deaton in December 2003

14. Your spectrum of benefits 2007

15. Overview of Benefits

16. Copy of Multi-Color Group Insurance Plan

17. Guardian Underwriting File

                Respectfully submitted,


                /s/  V. Brandon McGrath
                V. Brandon McGrath (vbm@gdm.com)
                GREENEBAUM DOLL & MCDONALD PLLC
                2900 Chemed Center
                255 E. Fifth Street
                Cincinnati, OH 45202
                Telephone:  (513) 455-7641
                Fax:  (513) 455-8500

                Nicholas W. Ferrigno, Jr. (nwf@gdm.com)
                GREENEBAUM DOLL & MCDONALD PLLC
                2900 Chemed Center
                255 E. Fifth Street
                Cincinnati, Ohio  45202
                Telephone:  (513) 455-7600
                Fax:  (513) 455-8500

Todd B. Logsdon (Indiana Atty. No. 23284-72) (tbl@gdm.com)
GREENEBAUM DOLL & MCDONALD PLLC
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40202-3197
Telephone : (502) 587-3554
Fax: (502) 540-2227

Attorneys for Defendants Multi-Color Corporation
and The Guardian Life Insurance Company of America

## CERTIFICATE OF SERVICE

  I hereby certify that on the 28th day of August, 2008, a copy of the foregoing was served upon the following via regular U.S. Mail, postage prepaid:

Michael M. Maschmeyer
426 E. Court Avenue
Jeffersonville, IN  47130

          /s/  V. Brandon McGrath
          Attorney for Defendant

2964241_1.tmp